# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE

**RICKY HUDSON,**

    **Plaintiff,**

v.                                                                                         No. 2:17-cv-02129
                                                                                          Jury Demanded

**2013 HILLVIEW, LP d/b/a HILLVIEW**
**VILLAGE APARTMENTS, and**
**EUREKA MULTIFAMILY GROUP,**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, the parties, by and through undersigned counsel, are filing this Joint Notice of Settlement in advance of the status conference currently scheduled for March 30, 2018. The parties respectfully submit that they will file a Joint Stipulation of Dismissal forthwith once a settlement agreement has been fully executed and the settlement payment has been made.

RESPECTFULLY SUBMITTED, THIS 27TH DAY OF MARCH, 2018.

| | |
|---|---|
| BURCH PORTER & JOHNSON, PLLC | THE WALTER BAILEY LAW FIRM |
| */s/ Lani D. Lester* | */s/ Janika N. White* |
| Eric Plumley (BPR #22236) | Walter Lee Bailey, Jr. (BPR# 4868) |
| Lani D. Lester (BPR #35226) | Janika N. White (BPR# 28355) |
| 130 North Court Avenue | 22 North Front Street, Suite 1060 |
| Memphis, Tennessee 38103 | Memphis, Tennessee 38103 |
| T: (901) 524-5000 | T: (901) 575-8702 |
| F: (901) 524-5024 | F: (901) 575-8705 |
| eplumley@bpjlaw.com | wblegal@aol.com |
| llester@bpjlaw.com | jwhite @walterbaileylaw.com |
| *Attorneys for the Defendants* | *Attorneys for the Plaintiff* |

ADAMS AND REESE, LLP

*/s/ J. Bennett Fox, Jr.*
J. Bennett Fox, Jr. (BPR# 26828)
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
T: (901) 524-5313
F: (901) 524-5413
ben.fox@arlaw.com

F. Laurens Brock (BPR No. 017666)
424 Church Street, Suite 2800
Nashville, Tennessee 37219
Tel: (615) 259-1450
Larry.brock@arlaw.com
*Attorney for the Defendants*